## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**THOMAS J. BALDWIN,**

      *Petitioner,*

**v.**                                **CASE NO.: 4:19cv605-MW/MAF**

**MARK S. INCH, Secretary**
**Florida Department of Corrections,**

      *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss, ECF No. 16, is **GRANTED**. Petitioner's second amended § 2254 petition, ECF No. 15, is **DISMISSED without prejudice**. The certificate of appealability is **DENIED** and the motion for leave to appeal in forma pauperis is likewise **DENIED**." The

Clerk shall close the file.

**SO ORDERED on November 6, 2020.**

**s/Mark E. Walker_____**
**Chief United States District Judge**